IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WENDY SHARP,<br><br>*Plaintiff*,<br><br>v.<br><br>ST. JUDE MEDICAL, S.C., INC., et al.,<br><br>*Defendants*. | No.: 1:17-cv-03181-SCJ |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants St. Jude Medical, S.C., Inc., St. Jude Medical, Inc., Pacesetter, Inc., d/b/a St. Jude Medical Cardiac Rhythm Management Division, St. Jude Medical, LLC, and Abbott Laboratories (collectively, "St. Jude") respectfully submit this memorandum in support of their motion for leave to file their reply brief in support of their motion to dismiss in excess of the 15-page limit imposed by Local Rule 7.1(D).

1.  Plaintiff filed an 85-page, 266-paragraph Amended Complaint in this matter, which presents questions of federal preemption, state law, and the history and nature of two distinct medical devices.

2.  Although St. Jude could have sought an extension of the page limits in filing its opening brief in support of its motion to dismiss, St. Jude endeavored to

keep within the 25-page limit set by Local Rule 7.1(D).

3.  Nevertheless, without opposition from St. Jude, Plaintiff sought leave to exceed the page limits in filing her response, and ultimately filed a 32-page opposition to St. Jude's motion.

4.  Given the many legal issues presented and the length of Plaintiff's opposition brief, St. Jude respectfully submits that an extension of the page limits is necessary for its reply to provide the Court with an adequate discussion of the issues presented by this case.

5.  St. Jude does not anticipate that the brief will be more than 27 pages.

6.  Plaintiffs will not be prejudiced by St. Jude's motion for leave to exceed the page limits.

Dated: November 10, 2017

Respectfully submitted,

*/s/ Stephen M. Brooks*
Stephen M. Brooks
Georgia Bar No. 085151
Lucas A. Westby
Georgia Bar No. 594008
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile:  (404) 322-1600
stephen.brooks@nelsonmullins.com

lucas.westby@nelsonmullins.com

Daniel L. Ring (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
dring@mayerbrown.com
Telephone: (312) 701-8520
Facsimile:  (312) 706-8675
dring@mayerbrown.com

Andrew E. Tauber (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
atauber@mayerbrown.com
Telephone: (202) 263-3324
Facsimile:  (202) 263-5324
atauber@mayerbrown.com

*Attorneys for Defendants St. Jude Medical, S.C., Inc., et al.*

## LR 5.1(B) CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies, pursuant to Local Rules 5.1(B) and 7.1(D), that the foregoing has been prepared in size 14 Times New Roman.

                                              */s/ Stephen M. Brooks*
                                              Stephen M. Brooks

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed on November 10, 2017 using the Court's CM/ECF system, which will send notice of electronic filing to all parties registered with the system.

*/s/ Stephen M. Brooks*
Stephen M. Brooks