**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| WENDY SHARP, *Plaintiff*, v. ST. JUDE MEDICAL, S.C., INC., et al., *Defendants*. | No.: 1:17-cv-03181-SCJ |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Leave to Exceed Page Limit, and for good cause shown,

IT IS HEREBY ORDERED that Defendants may exceed the page limits imposed by Local Rule 7.1(D) in filing their reply brief in support of their motion to dismiss.

SO ORDERED this _____ day of November, 2017.

_____
Hon. Steve C. Jones