IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WENDY SHARP, Individually, and as Administrator of the ESTATE OF MILTON SHARP,

Plaintiff,

v.

ST. JUDE MEDICAL, S.C., INC., ST. JUDE MEDICAL, INC., PACESETTER, INC., d/b/a ST. JUDE MEDICAL CARDIAC RHYTHM MANAGEMENT DIVISION, ST. JUDE MEDICAL, LLC and ABBOTT LABORATORIES, INC.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-3181-SCJ

**O R D E R**

Counsel for Plaintiff having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED** this 18th day of March, 2022.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE